July 24, 1906.) Action by Johanna O'Mara and Patrick H. Scott, as administratrix and administrator, etc., of Michael O'Mara, deceased, against the New York Central & Hudson River Railroad Company. No opinion. Judgment unanimously affirmed, with costs.

O'NEIL, Appellant, v. KARR, Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1906.) Action by John O'Neil against Thomas H. Karr.

PER CURIAM. Judgment affirmed, with costs.

CHESTER and KELLOGG, JJ., dissent.

ONTARIO BANK, Respondent, v. LOOMIS et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 16, 1906.) Action by the Ontario Bank against Judson W. Loomis and another. No opinion. Judgment and order affirmed, with costs.

In re OPENING OF LORILLARD PLACE. (Supreme Court, Appellate Division, First Department. June 20, 1906.) In the matter of the opening of Lorillard Place. No opinion. Order affirmed, with costs.

In re O'ROURKE. (Supreme Court, Appellate Division, Second Department. June 15, 1906.) In the matter of the application of Eugene P. O'Rourke for a writ of mandamus against Theodore A. Bingham, as police commissioner of the city of New York. No opinion. Order affirmed, with $10 costs and disbursements.

OSTRANDER, Appellant, v. NEW YORK CITY RY. CO., Respondent. (Supreme Court, Appellate Term. November 14, 1906.) Appeal from Municipal Court, Borough of the Bronx, Second District. Action by Emma Ostrander against the New York City Railway Company. From an order of the New York City Municipal Court setting aside a verdict in favor of plaintiff, she appeals. Reversed, and judgment reinstated. Robert H. Ernest, for appellant. James A. Quackenbush, for respondent.

PER CURIAM. A careful reading of the record discloses no reason why the verdict should have been set aside. There was no motion to dismiss, and no exception to any part of the charge. The learned trial justice seems to have misapprehended the evidence. In his memorandum he states, as illustrating the plaintiff's unreliability as a witness, that she testified that she had never had a doctor before the accident. The minutes show (page 9) that she testified that Dr. Rixe had attended her previous to the accident. In some respects the motorman's evidence is in harmony with plaintiff's evidence, rather than with the conductor's. It does not appear from the order that the verdict was set aside as matter of discretion, and upon the whole case it seems that it should not have been disturbed. The order setting aside the verdict should be reversed, and the judgment reinstated, with costs.

GILDERSLEEVE and DOWLING, JJ., concur. DUGRO, J., taking no part.

OVINGTON BROS. CO., Appellant, v. HENSHAW, Respondent. (Supreme Court, Appellate Division, Second Department. October 5, 1906.) Action by the Ovington Bros. Company against Cornelia M. Henshaw, individually, and as executrix, etc., of Sarah Grace, deceased.

PER CURIAM. Judgment affirmed, with costs, on the opinion of GAYNOR, J., at special term. 93 N. Y. Supp. 380.

JENKS and HOOKER, JJ., dissent.

PADDELL, Appellant, v. CITY OF NEW YORK, Respondent. (Supreme Court, Appellate Division, First Department. July 12, 1906.) Action by Timothy F. Paddell against the city of New York. E. V. Abbott, for appellant. G. S. Coleman, for respondent. No opinion. Judgment (100 N. Y. Supp. 581) affirmed, with costs. Order filed.

PALMER, Appellant, v. NASSAU BREWING CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 8, 1906.) Action by Sydney H. Palmer, as receiver, etc., against the Nassau Brewing Company. No opinion. Judgment of the Municipal Court affirmed, with costs.

PARISH, Appellant, v. ULSTER & D. R. CO., Respondent. (Supreme Court, Appellate Division, Third Department. September 26, 1906.) Action by Harriet M. Parish against the Ulster & Delaware Railroad Company. No opinion. Motion denied.

PARKER, Respondent, v. RHOADES et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 2, 1906.) Action by C. Arthur Parker, in his own right and as survivor, against Lyman Rhoades and others.

PER CURIAM. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer, and answer on payment of costs of demurrer and of this appeal.

PARKER, P. J., not voting.

In re PARR et al. (Supreme Court, Appellate Division, Second Department. June 22, 1906.) In the matter of the judicial settlement of the account of Benjamin Parr and Susie L. Parr, as executors of Susan P. Lilienthal, deceased. No opinion. Decree of the Surrogate's Court of Westchester County, in so far as appealed from, affirmed, without costs.

In re PAUL JONES & CO. (Supreme Court, Appellate Division, Second Department. June 27, 1906.) In the matter of the application of Paul Jones & Co. to compel the payment by their attorney, Frederick L. Gilbert, of money received by him as such. No opinion. Judgment affirmed by default, with costs.

PASCUAL, Respondent, v. RODRIGUEZ et al., Appellants. (Supreme Court, Appellate Division, Second Department. October 12, 1906.) Action by Benedicto Pascual against Jose Rodriguez and Manuel Suarez. No opinion. Motion denied, without prejudice to move